IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RESTAURANT PRODUCT GUILD, INC.<br><br>                        Plaintiff,<br>v.<br><br>BENNINGTON FURNITURE, INC.<br><br>                        Defendant. | Civil Action No.: 2:09-cv-672 |

### STIPULATION FOR ENTRY OF JUDGMENT

The undersigned parties, by and through their counsel as indicated, hereby stipulate to entry of judgment in favor of plaintiff and against defendant in the above-captioned matter in the amount of One Hundred Sixty-Five Thousand, Nine Hundred Sixty-Five Dollars and Forty Cents ($165,965.40).

*LUCAS & CAVALIER, LLC*

By: _____     Date: 11/3/2009
Keith E. Johnston, Esquire
*Attorney for Plaintiff*


*Pietragallo Gordon Alfano
Bosick & Raspanti, LLP*

By: _____     Date: November 2, 2009
Richard P. Parks, Esquire
*Attorney for Defendant*

I:\Restaurant Product\Plead\stipulation of entry of judgment.wpd

SO ORDERED. This 5th day of November, 2009.

_____
Hon. Gary L. Lancaster, Chief U.S District Judge